Case4:09-cv-05277-SBA Document5 Filed04/30/10 Page1of2
Case4:09-cv-05277-SBA Document5 Filed04/30/10 Page1of2

THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. CV 09-5277 SBA |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| THEODORE and CORRINE MAVRIDIS, as Trustees, | |
| Defendants. | |

The Parties hereto stipulate as follows:

The Plaintiff and Defendant (hereafter the "Parties") have reached a full and final settlement of all issues between them in this action. A Settlement Agreement between the Plaintiff and Defendants has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The Parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The Parties request the Court to appoint a U.S. Magistrate Judge to retain

CV 09-5277 SBA         1

jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

    IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that Complaint be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court shall appoint a U.S. Magistrate Judge to retain jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date: April 29, 2010      Date: April 30, 2010

S/Edward W. Polson,      S/Thomas N. Stewart, III,
Attorney for Defendants      Attorney for Plaintiff

IT IS SO ORDERED:

Date: 5/10/10      *Sandra B. Armstrong*
                        Judge/~~Magistrate~~